# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARI ALVERSON,<br><br>    Plaintiff,<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC,<br><br>    Defendant. | Case No. 1:17-cv-00649-DAD-EPG<br><br>**DEFENDANT'S ORDER** |
| JUANA SILVA,<br><br>    Plaintiff,<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC,<br><br>    Defendant. | Case No. 1:17-cv-00645-DAD-EPG |
| JOSEPH SANZBERRO,<br><br>    Plaintiff,<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC,<br><br>    Defendant. | Case No. 1:17-cv-00644-DAD-EPG |

| | |
|---|---|
| ALICE JONES, | Case No. 1:17-cv-00655-DAD-EPG |
| Plaintiff, | |
| v. | |
| OCWEN LOAN SERVICING, LLC, | |
| Defendant. | |
| LAURIE CALDERON, | Case No. 1:17-cv-00967-DAD-EPG |
| Plaintiff, | |
| v. | |
| OCWEN LOAN SERVICING, LLC, | |
| Defendant. | |

Pursuant to this Court's Order of August 20, 2018, and subject to the Parties' Confidentiality Agreement of April 6, 2018, Defendant, Ocwen Loan Servicing, LLC ("Ocwen"), is hereby **ORDERED** to produce documents reflecting Ocwen's net worth by September 4, 2018. The Court finds that documents reflecting Ocwen's Financial Statements as of December 31, 2017, are sufficient.

IT IS SO ORDERED.

Dated: **September 4, 2018**       /s/ Erica P. Grosjean
                                   UNITED STATES MAGISTRATE JUDGE