1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    KARI ALVERSON,                          No.  1:17-cv-00649-DAD-EPG

12              Plaintiff,

13        v.                                  ORDER GRANTING JOINT MOTION TO
                                              STAY PROCEEDINGS PENDING
14    OCWEN LOAN SERVICING, LLC,              FINALIZATION OF SETTLEMENT

15              Defendant.                    (Doc. Nos. 63, 64)

16

17    JUANA SILVA,                            No.  1:17-cv-00645-DAD-EPG

18              Plaintiff,                    (Doc. No. 54)

19        v.

20    OCWEN LOAN SERVICING, LLC,

21              Defendant.

22

23    JOSEPH SANZBERRO,                       No.  1:17-cv-00644-DAD-EPG

24              Plaintiff,                    (Doc. No. 59)

25        v.

26    OCWEN LOAN SERVICING, LLC,

27              Defendant.

28

                              1

| | |
|---|---|
| ALICE JONES, | No. 1:17-cv-00655-DAD-EPG |
| Plaintiff, | (Doc. No. 77) |
| v. | |
| OCWEN LOAN SERVICING, LLC, | |
| Defendant. | |
| LAURIE CALDERON, | No. 2:17-cv-00967-DAD-EPG |
| Plaintiff, | (Doc. No. 60) |
| v. | |
| OCWEN LOAN SERVICING, LLC, | |
| Defendant. | |

The above-captioned matters are before the court on the parties' joint motions to stay the proceedings pending finalization of settlement. The parties represent that, at a September 4, 2018 mediation, counsel for the parties agreed to the broad terms of a settlement of all claims in the above-captioned cases. The parties therefore seek a stay of all proceedings in order for the parties and their counsel to finalize the settlement.

The court has deemed the joint motions to stay the proceedings, noticed for hearing on October 16, 2018 before the undersigned, suitable for decision without oral argument pursuant to Local Rule 230(g). Upon review of the motions, it is hereby ordered that:

1. The joint motions to stay the proceedings pending finalization of settlement are granted;

2. The hearings on the joint motions to stay the proceedings pending finalization of settlement, noticed for October 16, 2018 before the undersigned, are hereby vacated;

3. All proceedings and deadlines in the above-captioned matters are hereby stayed;

4. The hearings on the motions to amend the complaint in *Alverson v. Ocwen Loan Servicing, LLC* (No. 1:17-cv-00649-DAD-EPG), *Silva v. Ocwen Loan Servicing,*

*LLC* (1:17-cv-00645-DAD-EPG), *Sanzberro v. Ocwen Loan Servicing, LLC* (1:17-cv-00644-DAD-EPG), and *Calderon v. Ocwen Loan Servicing, LLC* (2:17-cv-00967-DAD-EPG), noticed for September 18, 2018 before the undersigned, are hereby vacated; and

5.     The parties shall submit a joint report to the court addressing the status of the settlement process by October 22, 2018.

IT IS SO ORDERED.

Dated:   **September 10, 2018**

_____
UNITED STATES DISTRICT JUDGE