**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

LAURIE CALDERON,

        Plaintiff,

v.

OCWEN LOAN SERVICING, LLC,

        Defendant.

Case No.: 2:17-cv-00967-DAD-EPG

**[PROPOSED] ORDER GRANTING STIPULATION TO DISMISS ACTION WITH PREJUDICE**

IT IS HEREBY ORDERED, pursuant to the Stipulation of Plaintiff Laurie Calderon and Defendant Ocwen Loan Servicing, LLC (collectively "the Parties"), that:

1. The above-captioned action is hereby dismissed in its entirety with prejudice as to Plaintiff's individual claims, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii); and

2. The Parties are to bear their own fees and costs.

**IT IS SO ORDERED.**

Dated: _____

        _____
        Hon. Dale Z. Drozd
        United States District Judge